THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SOUL SPA SEATTLE LLC, a Washington limited liability company,

Plaintiff,

v.

DAPHNE ERHART, an individual of the state of California,

Defendant.

Civil Action No. 2:24-cv-1029-JNW

**STIPULATED MOTION AND ORDER TO EXTEND ALL PENDING DEADLINES**

**STIPULATION**

Plaintiff Soul Spa Seattle LLC ("Plaintiff") and Defendant Daphne Erhart ("Defendant") (collectively, "the Parties") through their undersigned counsel, hereby seek and stipulate to an order that would extend all pending case deadlines, including Defendant's pending Corrected Motion to Dismiss (Dkt. No. 25) and Motion to Stay (Dkt. No. 28), and the parties' initial discovery deadlines. Dkt. No. 24. The parties are currently engaged in settlement discussions and believe a 30-day extension of all case deadlines could result in resolution of this matter. The Parties therefore

STIPULATED MOTION AND ORDER TO EXTEND
ALL PENDING DEADLINES - 1 Civil Action No. 2:24-
cv-1029-JNW

**Bamert Regan**
600 1st Ave, Suite 330-55215
Seattle, WA 98104
206.486.7020

jointly request that all pending case deadlines be moved as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff's Response to Defendant's Corrected Motion to Dismiss | May 21, 2026 | June 22, 2026 |
| Defendant's Reply in Support of Her Corrected Motion to Dismiss | May 28, 2026 | June 29, 2026 |
| Plaintiff's Response to Defendant's Motion to Stay | May 19, 2026 | June 18, 2026 |
| Defendant's Reply in Support of Her Motion to Stay | May 26, 2026 | June 25, 2026 |
| Deadline for FRCP 26(f) Conference | May 8, 2026 | June 8, 2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | May 22, 2026 | June 22, 2026 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | May 29, 2026 | June 29, 2026 |

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

Dated this 6th day of May, 2026

By:

BAMERT REGAN

s/John J. Bamert
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
206.486.7020
600 1st Ave., Suite 330-55215
Seattle, Washington 98104

*Counsel for Plaintiff Soul Spa Seattle, LLC*

By:

s/ Daphne Erhart
Daphne Erhart, Pro Se

STIPULATED MOTION AND ORDER TO EXTEND
ALL PENDING DEADLINES - 2 Civil Action No. 2:24-
cv-1029-JNW

**Bamert Regan**
600 1st Ave, Suite 330-55215
Seattle, WA 98104
206.486.7020

**ORDER**

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

The Clerk is DIRECTED to re-note the deadlines for Dkt. Nos. 20, 25, 28 pursuant to this order.

DATED: 7th day of May, 2026.

_____
The Honorable Jamal N. Whitehead
United States District Judge

Presented by:

By:

    BAMERT REGAN

    s/John J. Bamert
    John J. Bamert, WSBA No. 48128
    Bamert@BamertRegan.com
    206.486.7020
    600 1st Ave, Suite 330-55215
    Seattle, Washington 98104

*Counsel for Plaintiff Soul Spa Seattle, LLC*

By:

s/ Daphne Erhart
Daphne Erhart, Pro Se

STIPULATED MOTION AND ORDER TO EXTEND
ALL PENDING DEADLINES - 3 Civil Action No. 2:24-
cv-1029-JNW

**Bamert Regan**
600 1st Ave, Suite 330-55215
Seattle, WA 98104
206.486.7020